IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

_____

| | |
|---|---|
| Susan Adams, | Case No. _____ |
| Plaintiff, | |
| vs. | |
| Lawrence Transportation Company, | |
| Defendant. | |

_____

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**
_____

Defendant Lawrence Transportation Company (**"Defendant"** or **"LTC"**), as and for its Notice of Removal of this action from the Pottawattamie County District Court, State of Iowa, to the United States District Court for the Southern District of Iowa, states and alleges as follows:

**1.** **State Court Action.** On July 13, 2020, Defendant received a copy of an Original Notice and Petition on Defendant in an action entitled *Susan Adams v. Lawrence Transportation Company*, Case No. 04781 CVCV120544, pending in the District Court of Pottawattamie County, State of Iowa. The Petition alleges claims for violation of the Iowa Wage Payment Act ICA Chapter 91A.5, breach of contract, and for violation of the Fair Labor Standards Act, 29 U.S.C. § 201. True and correct copies of the Original

1

Notice, Petition, Notice of Case Filing, and Order for Individual Case Assignment are attached as <u>Exhibit A</u> hereto.

**2.** **Federal Question Jurisdiction.** The above-described action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. Plaintiff's Petition filed in the state court raises a federal question, within the meaning of 28 U.S.C. § 1331, arising under the federal Fair Labor Standards Act. Accordingly, the action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441. The Court has jurisdiction over Plaintiff's pendent state law claims pursuant to 28 U.S.C. § 1441(c).

**3.** **Diversity Jurisdiction.** The above-described action is one in which this Court also has original jurisdiction pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship between the Plaintiff and Defendant. Plaintiff is a citizen of, and domiciled in, the State of Iowa. Defendant is a citizen of the State of Minnesota because Defendant is corporation organized and incorporated in the State of Minnesota, with its principal place of business in Rochester, Minnesota. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Plaintiff seeks actual and presumed damages in excess of $75,000.00, including recovery of alleged unpaid wages for overtime hours, unpaid business-related expenses, and unpaid vacation time which together exceed $75,000.00. Because there is only one defendant, consent of all defendants is not a factor. Accordingly, the action may also be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

4. **Timeliness.**  Removal is timely under 28 U.S.C. § 1446(b).  Defendant received the Original Notice and Petition on July 13, 2020, and this Notice is being filed within 30 days after receipt by Defendant of Plaintiff's Original Notice and Petition setting forth the claim for relief upon which such action or proceeding is based, and the Original Notice and Petition is the first pleading from which it may be ascertained that the action is removable.

5. **Compliance with Local Rule 81.**  Pursuant to Local Rule 81, Defendant states that there are no other pleadings, orders or pending motions filed in the state case at this time.

6. **Relief Requested.**  Defendant respectfully requests that the United States District Court for the Southern District of Iowa accept this Notice of Removal and that it assume jurisdiction of this action and issue such further orders and processes as may be necessary.

**WHEREFORE**, Defendant prays that this action be removed from Pottawattamie County District Court to this Court.

Dated: July 27, 2020.    **TREPANIER MACGILLIS BATTINA P.A.**

By: *s/ V. John Ella*
_____
V. John Ella, Atty. Reg. No. AT0009696
*jella@trepanierlaw.com*
8000 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN  55415
Phone:  612.455.0500
Fax:  612.455.0501
*www.trepanierlaw.com*

**ATTORNEYS FOR DEFENDANT LAWRENCE TRANSPORTATION COMPANY**