IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| SUSAN ADAMS, | Case No. 1:20-cv-0025-SMR-SBJ |
| Plaintiff, | |
| v. | ORDER APPROVING OF RELEASE AND DISMISSAL OF FLSA CLAIMS |
| LAWRENCE TRANSPORTATION COMPANY, | |
| Defendant. | |

Plaintiff Susan Adams and Defendant Lawrence Transportation Company submitted the following documents for the Court's review and approval: (1) the Stipulation of Dismissal With Prejudice, [ECF No. 39] (sealed), filed jointly by the parties pursuant to Federal Rule of Civil Procedure 41; (2) Plaintiff's Verification Regarding Settlement and Release of FLSA Claims; and (3) a copy of the Parties' confidential Settlement Agreement.

The settlement, release, and dismissal with prejudice of Plaintiff's claims for unpaid wages, overtime pay, liquidated damages, statutory penalties, interest, attorney's fees, costs, and disbursements under the federal Fair Labor Standards Act of 1938, as amended ("FLSA") and the Iowa Wage Payment Collection Act ("IWPCA") (collectively, the "Wage Claims"), is hereby ordered and approved. The Court finds that the terms of the Parties' settlement are fair and reasonable and were entered into knowingly and voluntarily.

IT IS SO ORDERED.

Dated this 25th day of June, 2021.

_____
STEPHANIE M. ROSE, JUDGE
UNITED STATES DISTRICT COURT